# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

FRANKLIN C. SMITH,

        Plaintiff,

v.                                   CASE NO.  4:20cv589-RH-MAF

FREDDIE G. BRAXTON et al.,

        Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the plaintiff's motion for leave to proceed in forma pauperis (ECF No. 10), the magistrate judge's report and recommendation (ECF No. 8), and the objections (ECF No. 9). I have reviewed de novo the issues raised by the objections.

The objections accuse the magistrate judge of perjury—a frivolous assertion—and address other matters. The objections do not, however, suggest that federal jurisdiction can survive the probate exception and *Rooker-Feldman* doctrine. So even if the plaintiff could amend to cure the other grounds for dismissal, he would still be unable to pursue this action.

IT IS ORDERED:

1. The motion for leave to proceed in forma pauperis, ECF No. 10, is granted.

2. The report and recommendation is accepted and adopted as the court's opinion.

3. The clerk must enter judgment stating, "This case is dismissed for lack of jurisdiction."

4. The clerk must close the file.

SO ORDERED on February 26, 2021.

s/Robert L. Hinkle
United States District Judge